CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

NOV 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ADRIANNE LYNCH DOUGLAS,<br>　　　　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　　　　*Defendant.* | CIVIL ACTION No. 6:11-cv-00043<br><br>ORDER<br><br>NORMAN K. MOON<br>UNITED STATES DISTRICT JUDGE |

I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and Judge Ballou subsequently filed a Report and Recommendation ("Report") recommending that the Commissioner's motion for summary judgment be granted and that Plaintiff's motion for summary judgment be denied. After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I adopt the Report (docket no. 18) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 11) is GRANTED; Plaintiff's motion for summary judgment (docket no. 10) is DENIED; the Commissioner's final decision in this case is AFFIRMED; and this action is DISMISSED from the court's active docket.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

ENTERED this 27th day of November, 2012.

　　　　　　　　　　　　　　　　　　/s/ Norman K. Moon
　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE